UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BYRON WILEY,  	Case No. 14-00304
	Hon. Janet T. Neff
        Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

        Defendants.
_____

| | |
|---|---|
| Renette Jackson (P69002) | PLUNKETT COONEY |
| FPM LEGAL DEFENSE | Matthew J. Boettcher (P40929) |
| Attorney for Plaintiff | Susan A. Finnegan (P70702) |
| 400 Monroe, St., Ste 410 | Attorneys for Defendant |
| Detroit, MI 48226 | 950 Trade Centre Way, Suite 310 |
| (313) 633-7860 | Kalamazoo, MI   49002 |
| | (269) 382-5935 |
| | mboettcher@plunkettcooney.com |
| | sginnegan@plunkettcooney.com |

_____

**STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE**

      This matter having come before the Court on stipulation of the parties; and Court being fully advised in the premises, and finding that entry of this Order appropriate under the circumstances;

      **NOW, THEREFORE, IT IS HEREBY ORDERED THAT** this case is dismissed without prejudice.

      **IT IS SO ORDERED.**  This is a Final Order that resolves the last pending claim and closes the case.

                                                     _____
                                                     CIRCUIT COURT JUDGE

Approved as to form:

| | |
|---|---|
| /s/ Renette Jackson | /s/ Matthew J. Boettcher |
| Renette Jackson (P69002) | Matthew J. Boettcher (P40929) |
| FPM LEGAL DEFENSE | PLUNKETT COONEY |
| Attorney for Plaintiff | Attorneys for Defendant |

Open.17807.40748.14103530-1